**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: SHAHROKH MIRESKANDARI, Applicant, | No. 13-55363 |
| | D.C. No. 2:12-cv-10310-DSF-E |
| SHAHROKH MIRESKANDARI, Appellant (Re: Appeal in the High Court of Justice Queen's Bench Division Administrative Court, London England, | MEMORANDUM[*] |
| Petitioner - Appellant, | |
| v. | |
| SOLICITORS REGULATION AUTHORITY, | |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Central District of California
Dale S. Fischer, District Judge, Presiding

Submitted February 13, 2015[**]
Pasadena, California

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before:  CHRISTEN and HURWITZ, Circuit Judges, and BURGESS, District Judge.[***]

Shahrokh Mireskandari appeals the district court's denial of his application under 28 U.S.C. § 1782 to obtain discovery from the law firm Bird, Marella, Boxer, Wolpert, Nessim, Drooks, & Lincenberg, P.C. about the firm's communications with Dr. Joseph Scoma.  Mireskandari seeks the discovery for use in an appeal of a bar disciplinary order against him in the United Kingdom.

On February 5, 2014, Mireskandari discontinued his appeal in the United Kingdom.  Since there is no indication that the appeal will be reinstituted, there is no longer a live controversy and Mireskandari's discovery request is moot.  *See* *Powell v. McCormack*, 395 U.S. 486, 496 (1969) ("[A] case is moot when the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome.").

APPEAL DISMISSED AS MOOT.

---

[***]    The Honorable Timothy M. Burgess, District Judge for the U.S. District Court for the District of Alaska, sitting by designation.